UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIE R. SPRAGUE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 13-cv-05784 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)    **JUDGMENT** is for plaintiff and the case should be closed.

(4)    The Clerk is directed to send copies of this Order to counsel of record.

Dated this 22nd day of August, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE